■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILLY VAZQUEZ, Appellant. [874 NYS2d 838]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered

October 23, 2006. The judgment convicted defendant, upon his plea of guilty, of conspiracy in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Centra, J.P., Peradotto, Carni, Green and Pine, JJ.